

# IN THE
# TENTH COURT OF APPEALS

_____

**No. 10-21-00270-CR**
**No. 10-21-00271-CR**

**IN RE KEVIN MICHAEL COFFEY**

_____

**Original Proceeding**

**From the 443rd District Court**
**Ellis County, Texas**
**Trial Court Nos. 40456CR & 40458CR**

## MEMORANDUM OPINION

Kevin Coffey filed two Petitions for Writ of Mandamus in this Court on October 18, 2021. Coffey seeks to have this Court order the trial court to produce documents relating to his post-conviction writs of habeas corpus, and for the Court to compel the trial court to review his entire post-conviction writs of habeas corpus and resubmit them to the Court of Criminal Appeals. Coffey further seeks to have the trial court reverse its ruling on the motion to suppress evidence. This Court does not have jurisdiction over

post-conviction writs of habeas corpus. *See* TEX. CRIM. PROC. ANN. art. 11.07. Accordingly,

Coffey's petitions for writ of mandamus are dismissed for want of jurisdiction.

STEVE SMITH
Justice

Before Chief Justice Gray,*
      Justice Johnson,
      and Justice Smith
      *(Chief Justice Gray concurs in the result, a separate opinion will not issue.)
Petitions dismissed
Opinion delivered and filed October 27, 2021
Do not publish
[OT06]

